IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| ) | Criminal No. 9:06-cr-158-BHH |
| v. ) | |
| ) | |
| Cuautemoc Periban-Gonzalez, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter is before the Court upon Defendant Cuautemoc Periban-Gonzalez's ("Defendant") *pro se* motion for a reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the Sentencing Guidelines. (ECF No. 679.) After review, however, the Court finds that Amendment 821, Part B does not apply in this case because Defendant possessed a firearm in connection with the offense and does not meet the criteria in U.S.S.G. § 4C1.1. Accordingly, the Court denies Defendant's *pro se* motion for a reduction of sentence (ECF No. 679).

**IT IS SO ORDERED.**

/s/Bruce H. Hendricks
United States District Judge

July 24, 2025
Charleston, South Carolina